FILED: APRIL 25, 2008
08CV2366 RCC
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

___ Priority
_✓_ Send
___ Clsd
_✓_ Enter
_✓_ JS-5/JS-6
___ JS-2/JS-3

ENTERED
CLERK, U.S. DISTRICT COURT
MAY - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAY 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
2006 MAY -3 PM 3:28
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&A CONNECTIONS, INC. and DATAQ INTERNET EQUIPMENT CORP., <br><br>Plaintiffs,<br><br>v.<br><br>JC TRANS (HONG KONG),<br><br>Defendant. | Civil Action No. CV05 1063 GHK (CWx)<br><br>JUDGMENT<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

This action came on for hearing on May 1, 2006, before the Honorable George H. King, United States District Judge. The issues having being duly heard and a decision having been duly rendered,

It is ordered and adjudged

That Plaintiffs A&A Connections, Inc. and DataQ Internet Equipment Corp. recover from Defendant JC Trans (Hong Kong) the sum of $703,837.16, plus pre-judgment interest thereon in the amount of $106,056.50, for a total judgment in the amount of $809,893.66.

///

1 | Plaintiffs shall also recover from Defendant their costs of suit as provided by
2 | law.
3 | Dated: 5/4/06

                                        GEORGE H. KING
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

COZEN O'CONNOR

By: *Charles E. Wheeler*
    Charles E. Wheeler
Attorneys for Plaintiffs A&A
Connections, Inc. and DataQ
Internet Equipment Corp.

# PROOF OF SERVICE

STATE OF CALIFORNIA ) s.s.
COUNTY OF SAN DIEGO )

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 501 West Broadway, Suite 1610, San Diego, CA 92101.

On May 2, 2006, I served the document **JUDGMENT** on interested parties in this action by serving true and correct copies thereof addressed as follows:

Patrick Huang-Authorized Agent      Telephone: 650.692.8678
JC Trans (Hong Kong)      Facsimile: 650.692.8178
1818 Gilbreth Road, #248
Burlingame, CA 94010

☒ BY MAIL. I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of San Diego following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States postal Service in a sealed envelope with postage fully prepaid.

☐ BY PERSONAL SERVICE. I caused the document to be delivered by hand to the offices of the addressee.

☐ BY FACSIMILE. I caused such documents to be sent to the address above via the facsimile number indicated: 619-234-7831

☐ BY FEDERAL EXPRESS. I enclosed true and correct copies of said document(s) in an envelope, and placed it for collection and mailing via Federal Express on ____, for guaranteed delivery on ____, following the ordinary business practice.

☐ ELECTRONIC: I submitted an electronic version of the document via FTP upload to LexisNexis/FileAndServe pursuant to the Court's Order.

Executed on May 2, 2006, at San Diego, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Virginia Moore

PROOF OF SERVICE

I hereby attest and certify on 04-01-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1199